# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| BELINDA WEATHERSBY, | Case No. CV 11-06187 LHK |
| Plaintiff, | [PROPOSED] |
| vs. | ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY |
| MATRIX ABSENCE MANAGEMENT, INC. and ABBOTT LABORATORIES EXTENDED DISABILITY PLAN, | *PRO HAC VICE* |
| Defendants. | |

Lauren B. Neubauer, whose business address and telephone number is WINSTON & STRAWN LLP, 35 West Wacker Drive, Chicago, IL 60601, (312) 558-5600 and who is an active member in good standing of the bar of Illinois having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendants.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate *pro hac* vice. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order 45, *Electronic Case Filing*.

Dated: February 24, 2012

Lucy H. Koh
United States District Judge

SF:328804.1