1 | Joseph J. Torres (admitted *pro hac vice*)
2 | Lauren B. Neubauer (admitted *pro hac vice*)
  | WINSTON & STRAWN LLP
3 | 35 West Wacker Drive
  | Chicago, IL 60601
4 | jtorres@winston.com
  | lneubauer@winston.com
5 | Telephone:   (312) 558-5600
  | Facsimile:   (312) 558-5700

6 | Jeffrey S. Bosley (SBN: 167629)
  | Elisabeth A. Derby (SBN: 267421)
7 | WINSTON & STRAWN LLP
  | 101 California Street
8 | San Francisco, CA 94111-5802
  | jbosley@winston.com
9 | bderby@winston.com
  | Telephone:   (415) 591-1000
10 | Facsimile:   (415) 591-1400

11 | Attorneys for Defendants
   | ABBOTT LABORATORIES EXTENDED DISABILITY PLAN
12 | and MATRIX ABSENCE MANAGEMENT, INC.

13 | Glenn R. Kantor (SBN: 122643)
   | KANTOR & KANTOR, LLP
14 | 19839 Nordhoff Street
   | Northridge, CA 91324
15 | Telephone: (818)886-2525
   | Facsimile: (818)350-6272
16 | E-mail: gkantor@kantorlaw.net

17 | Attorney for Plaintiff
   | BELINDA WEATHERSBY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| BELINDA WEATHERSBY, | **Case No. CV 11-06187 LHK** |
| Plaintiff, | **STIPULATED REQUEST FOR ORDER CHANGING TIME** |
| vs. | |
| MATRIX ABSENCE MANAGEMENT, INC. and ABBOTT LABORATORIES EXTENDED DISABILITY PLAN, | |
| Defendants. | |

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

Pursuant to Local Rule 6-2, Plaintiff Belinda Weathersby ("Plaintiff") and Defendants, Matrix Absence Management, Inc. and Abbott Laboratories Extended Disability Plan (collectively the "Defendants"), through their respective attorneys of record hereby submit this Stipulated Request for Order Changing Time.

WHEREAS, on January 11, 2012, following reassignment of this case to Judge Koh, the Case Management Conference in the above-referenced matter was set to April 4, 2012 and the deadline for Case Management Statements was set for March 28, 2012; and

WHEREAS on January 19, 2012, Plaintiff served Defendants with a copy of the Complaint; and

WHEREAS, on February 7, 2012, the parties filed a Stipulation extending the time for responding to Plaintiff's Complaint; and

WHEREAS, the Defendants filed an Answer to Plaintiff's Complaint on February 29, 2012; and

WHEREAS, no other time modifications have been entered in this case, whether by stipulation or Court order; and

WHEREAS, the parties agree that the deadlines initially set by the Magistrate Judge in the Order Setting Initial Case Management Conference and ADR Deadlines should be moved in light of the filing date of Defendants' Answer; and

WHEREAS, the requested time modifications will not affect the date of the Case Management Statement or Case Management Conference already established by this Court.

IT IS THEREFORE HEREBY STIPULATED by and among the parties that:

1. March 14, 2012 shall serve as the last day to:
   a. Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan;
   b. File ADR Certification signed by Parties and Counsel; and
   c. File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference.
2. March 28, 2012 shall serve as the last day to:

        a.  File 26(f) Report;

        b.  Complete initial disclosures or state objection in Rule 26(f) Report.

3.  Per the Court's January 12, 2012 Order (Dkt. 8), March 28, 2012 shall serve as the last day to file a Case Management Statement per the Standing Order re Contents of Joint Case Management Statement.

Dated: March 9, 2012        WINSTON & STRAWN LLP

By:  /s/ Elisabeth A. Derby
       Elisabeth A. Derby

Attorney for Defendants
MATRIX ABSENCE MANAGEMENT, INC. and
ABBOTT LABORATORIES EXTENDED DISABILITY PLAN

Dated: March 9, 2012        KANTOR & KANTOR

By:  /s/ Glenn R. Kantor
       Glenn R. Kantor

Attorney for Plaintiff
BELINDA WEATHERSBY

### CONCURRENCE IN FILING

Pursuant to Section X of General Order 45, I, Elisabeth A. Derby, attest that concurrence in the filing of the document has been obtained from Glenn R. Kantor, which shall serve in lieu of his signature on the document.

Dated: March 9, 2012    /s/ Elisabeth A. Derby
                             Elisabeth A. Derby

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: March 12, 2012        *Lucy H. Koh*
                              HON. LUCY H. KOH
                              United States District Judge