Glenn R. Kantor, State Bar No. 122643
  E-mail: gkantor@kantorlaw.net
Brent Dorian Brehm, State Bar No. 248983
  E-mail: bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:   (818) 350-6272

Attorneys for Plaintiff,
Belinda Weathersby

Joseph J. Torres (*admitted pro hac vice*)
  E-mail: jtorres@winston.com
Lauren B. Neubauer (*admitted pro hac vice*)
  E-mail: lneubauer@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Jeffrey S. Bosley State Bar No. 167629
  E-mail: jbosley@winston.com
Elisabeth A. Derby, State Bar No. 267421
  E-mail:  bderby@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111
Telephone:  (415) 591-1000
Facsimile:  (415) 591-1400

Attorneys for Defendants,
Abbott Laboratories Extended Disability
Plan and Matrix Absence Management, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| BELINDA WEATHERSBY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MATRIX ABSENCE MANAGEMENT, INC,<br>and ABBOTT LABORATORIES<br>EXTENDED DISABILITY PLAN,<br><br>　　　　　Defendants. | Case No.: CV11-06187 LHK<br>Assigned to the Hon. Lucy H. Koh<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Date: June 27, 2012**<br>**Time:  2:00 p.m.** |

1

Joint Stipulation and [Proposed] Order to Continue Case Management Conference

TO THE CLERK OF THE COURT AND ALL PARTIES THROUGH THEIR COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between plaintiff Belinda Weathersby and defendants Matrix Absence Management, Inc. and Abbott Laboratories Extended Disability Plan (collectively referred hereafter as the "parties"), through their attorneys of record, for an order to continue the Case Management Conference in this action before United States District Judge Lucy H. Koh for approximately one month for good cause as follows:

Pursuant to the Court ordering the parties to the ADR program, a mediation has been scheduled with Eric Ivary on July 13, 2012 at ADR Services in San Francisco. Because the mediation is scheduled after the Case Management Conference, the parties request a continuance of the Case Management Conference until following the mediation, and specifically until July 25, 2012, or a date thereafter which is amenable to the Court. If the case settles on or before July 13, 2012, the parties will notify the Court of the pending settlement.

DATED: June 14, 2012                    KANTOR AND KANTOR


                                        By: /s/ *Brent Dorian Brehm*
                                            Glenn R. Kantor
                                            Brent Dorian Brehm
                                            Attorneys for Plaintiff,
                                            Belinda Weathersby

DATED: June 14, 2012                    WINSTON & STRAWN LLP


                                        By: /s/ *Lauren B. Neubauer*
                                            Lauren B. Neubauer
                                            Attorneys for Defendants
                                            Abbott Laboratories Extended Disability
                                            Plan and Matrix Absence Management,
                                            Inc.

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and for good cause appearing, the Case Management Conference in this matter is continued from June 27, 2012 to July 25, 2012 at 2:00 p.m. Counsel for both sides shall be present at the conference, but the parties for both sides may appear telephonically.

**IT IS SO ORDERED.**

DATED: June 18, 2012

*Lucy H. Koh*
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE