UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BELINDA WEATHERSBY,<br><br>                Plaintiff,<br>   v.<br><br>MATRIX ABSENCE MANAGEMENT, INC.<br>and ABBOTT LABORATORIES EXTENDED<br>DISABILITY PLAN,<br><br>                Defendants. | Case No.: 11-CV-06187-LHK<br><br>ORDER DIRECTING PARTIES TO RESPOND |

The mediator in the above referenced case has filed a notice indicating that this case has settled. By Tuesday, July 24, 2012 at 9:00 a.m., the parties shall file a statement indicating when they will file a stipulation of dismissal pursuant to Rule 41. Once the parties have filed the statement, the Court will continue the case management conference currently set for July 25, 2012 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: July 23, 2012

                                                  _____<br>
                                                 LUCY H. KOH<br>
                                                 United States District Judge