**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BELINDA WEATHERSBY, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MATRIX ABSENCE MANAGEMENT, INC. ) <br> and ABBOTT LABORATORIES EXTENDED ) <br> DISABILITY PLAN, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 11-CV-06187-LHK <br><br> ORDER DIRECTING PARTIES TO RESPOND |

The mediator in the above referenced case has filed a notice indicating that this case has settled.  By Tuesday, July 24, 2012 at 9:00 a.m., the parties shall file a statement indicating when they will file a stipulation of dismissal pursuant to Rule 41.  Once the parties have filed the statement, the Court will continue the case management conference currently set for July 25, 2012 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: July 23, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case Nos.: 11-CV-06187-LHK
ORDER DIRECTING PARTIES TO RESPOND