UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BELINDA WEATHERSBY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MATRIX ABSENCE MANAGEMENT, INC. ) <br> and ABBOTT LABORATORIES EXTENDED ) <br> DISABILITY PLAN, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 11-CV-06187-LHK <br><br> ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The parties have indicated that they will file a stipulation of dismissal pursuant to Rule 41 by August 6, 2012.  The case management conference currently set for July 25, 2012 at 2:00 p.m. is CONTINUED to August 22, 2012 at 2:00 p.m.  When the parties file the stipulated dismissal on August 6, 2012, the Court will vacate the August 22, 2012 case management conference.

**IT IS SO ORDERED.**

Dated: July 24, 2012

_____
LUCY H. KOH
United States District Judge

1
Case Nos.: 11-CV-06187-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE