UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BELINDA WEATHERSBY,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>MATRIX ABSENCE MANAGEMENT, INC.<br>and ABBOTT LABORATORIES EXTENDED<br>DISABILITY PLAN,<br><br>　　　　　　Defendants. | Case No.: 11-CV-06187-LHK<br><br>ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE |

The parties have indicated that they will file a stipulation of dismissal pursuant to Rule 41 by August 6, 2012. The case management conference currently set for July 25, 2012 at 2:00 p.m. is CONTINUED to August 22, 2012 at 2:00 p.m. When the parties file the stipulated dismissal on August 6, 2012, the Court will vacate the August 22, 2012 case management conference.

**IT IS SO ORDERED.**

Dated: July 24, 2012

*/s/ Lucy H. Koh*
LUCY H. KOH
United States District Judge