UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BELINDA WEATHERSBY,<br><br>    Plaintiff,<br> v.<br><br>MATRIX ABSENCE MANAGEMENT, INC. and ABBOTT LABORATORIES EXTENDED DISABILITY PLAN,<br><br>    Defendants. | Case No.: 11-CV-06187-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The parties filed a statement indicating that they have not yet finalized the stipulated dismissal, but that they intend to file the stipulated dismissal by August 20, 2012. The case management conference currently set for August 22, 2012 at 2:00 p.m. is CONTINUED to August 29, 2012 at 2:00 p.m. When the parties file the stipulated dismissal on August 20, 2012, the Court will vacate the August 29, 2012 case management conference.

**IT IS SO ORDERED.**

Dated: August 8, 2012

             _____
             LUCY H. KOH
             United States District Judge