UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BELINDA WEATHERSBY,<br><br>                Plaintiff,<br>    v.<br><br>MATRIX ABSENCE MANAGEMENT, INC.<br>and ABBOTT LABORATORIES EXTENDED<br>DISABILITY PLAN,<br><br>                Defendants. | Case No.: 11-CV-06187-LHK<br><br>ORDER TO FILE STIPULATION OR JOINT CASE MANAGEMENT STATEMENT |

On August 8, 2012, the Court granted the parties' request to continue the case management conference set for August 20, 2012, to August 29, 2012, based on the parties' representation that they expected to be able to settle this case in its entirety by August 20, 2012. *See* ECF No. 39 (Notice of pending settlement); ECF No. 40 (Order). That date has passed. Accordingly, by August 24, 2012, the parties shall file either a stipulation of dismissal of the action or a joint case management statement.

**IT IS SO ORDERED.**

Dated: August 23, 2012

_____
LUCY H. KOH
United States District Judge

1

Case Nos.: 11-CV-06187-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE