UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BELINDA WEATHERSBY, <br><br> Plaintiff, <br><br> v. <br><br> MATRIX ABSENCE MANAGEMENT, INC. and ABBOTT LABORATORIES EXTENDED DISABILITY PLAN, <br><br> Defendants. | Case No.: 11-CV-06187-LHK <br><br> ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE |

The parties filed a statement on August 24, 2012 indicating that they have not yet finalized their stipulated dismissal, but that they intend to file the stipulated dismissal soon. The parties requested a two-week continuance of the Case Management Conference scheduled for August 29, 2012. This Case Management Conference has already been continued three times based on the parties' representations that settlement was imminent. The Court will not grant a fourth continuance. The Case Management Conference remains as set on August 29, 2012 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: August 27, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case Nos.: 11-CV-06187-LHK
ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE