Glenn R. Kantor, State Bar No. 122643
  E-mail: gkantor@kantorlaw.net
Brent Dorian Brehm, State Bar No. 248983
  E-mail: bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:  (818) 350-6272

Attorneys for Plaintiff,
Belinda Weathersby

Joseph J. Torres (*admitted pro hac vice*)
  E-mail: jtorres@winston.com
Lauren B. Neubauer (*admitted pro hac vice*)
  E-mail: lneubauer@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Jeffrey S. Bosley State Bar No. 167629
  E-mail: jbosley@winston.com
Elisabeth A. Derby, State Bar No. 267421
  E-mail:  bderby@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111
Telephone:  (415) 591-1000
Facsimile:  (415) 591-1400

Attorneys for Defendants,
Abbott Laboratories Extended Disability
Plan and Matrix Absence Management, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| BELINDA WEATHERSBY, <br><br> Plaintiff, <br><br> vs. <br><br> MATRIX ABSENCE MANAGEMENT, INC, and ABBOTT LABORATORIES EXTENDED DISABILITY PLAN, <br><br> Defendants. | Case No.: CV11-06187 LHK <br> Assigned to the Hon. Lucy H. Koh <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AGAINST ALL PARTIES** |

TO THE HONORABLE COURT:

Plaintiff Belinda Weathersby and Defendants Matrix Absence Management, Inc. and Abbott Laboratories Extended Disability Plan, by and through their respective counsel of record, hereby stipulate to dismiss this action in its entirety with prejudice as to all parties. The parties will bear their own respective attorneys' fees and costs.

DATED:  September 18, 2012                KANTOR AND KANTOR


By: /s/ *Brent Dorian Brehm*
    Glenn R. Kantor
    Brent Dorian Brehm
    Attorneys for Plaintiff,
    Belinda Weathersby

DATED:  September 18, 2012                WINSTON & STRAWN LLP


By: /s/ *Lauren B. Neubauer*
    Lauren B. Neubauer
    Attorneys for Defendants
    Abbott Laboratories Extended Disability
    Plan and Matrix Absence Management,
    Inc.

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety with prejudice as to all parties. The parties are to bear their own respective attorneys' fees and costs. The Clerk shall close the file.

**IT IS SO ORDERED.**

DATED: September 18, 2012

Lucy H. Koh

HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE